(No. 735—Claimant awarded $5,000.00.)

BRENNAN PACKING COMPANY, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund will be awarded.* This case is controlled by the decision of the court in *Herenden Milling Co.* v. *State, supra.*

MORAN, PALTZER & O'DONNELL, *for claimant.*

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by above named claimant in the year 1921, in the amount of $5,000.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of social justice and equity, we award claimant the sum of $5,000.00.